# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **STEVE EARL LANGFORD** | ) |
| | ) |
| vs. | ) Case No.  5:10-cv-08025-AKK-HGD |
| | ) |
| **UNITED STATES OF AMERICA** | ) |

### MEMORANDUM OPINION

On October 18, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On November 17, 2011, after obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE the 29th day of November, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE